UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | No.: 09-20040 |
| BRANDEN L. KING, | |
| Defendant | |

*MOTION TO CONTINUE PRETRIAL CONFERENCE DATE AND VACATE TRIAL DATE AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE*

NOW COMES the Defendant, BRANDEN L. KING, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, and continuing the pretrial conference date, presently scheduled for July 29, 2009 at 4:00 p.m., and vacating the trial date, presently scheduled for August 17, 2009, and in support thereof, states as follows:

1.  The Office of the Federal Public Defender was appointed to represent BRANDEN L. KING by United States Magistrate Judge Bernthal on or about June 12, 2009.

2.  This is Defendant's <u>FIRST</u> request for a continuance of his pretrial conference and trial dates.

3.  Defense counsel needs more time to review the case and discuss this matter with Defendant so that he can make an informed decision regarding his right to trial.

1

4.	Thus, in order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating the jury trial date.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating jury trial date in this cause.

    Respectfully Submitted,

    BRANDEN L. KING, Defendant

    RICHARD H. PARSONS
    Federal Public Defender

       s/John Taylor
BY:_____
    JOHN TAYLOR
    Assistant Federal Public Defender
    300 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 373-0666
    Facsimile: (217) 373-0667
    Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 15, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Colin Bruce.

        s/John Taylor

        _____

        JOHN TAYLOR
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, Illinois 61801
        Telephone: (217) 373-0666
        Facsimile: (217) 373-0667
        Email: John_Taylor@fd.org